## Griffen Estate.
## Griffen Trust.

Argued March 14, 1968. Before MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

reargument refused August 26, 1968.

*James C. Larrimer,* with him *Dougherty, Larrimer, Lee & Hickton,* for appellants.

*Charles L. Blystone,* with him *Eckels, Blystone, Fuller & Kinnunen,* for appellees.

*Edward A. Craig, III,* with him *Robert B. Dornhaffer, Robert L. Kirkpatrick,* and *Thomas, Shafer, Walker, Dornhaffer & Swick,* and *Kirkpatrick, Pomeroy, Lockhart & Johnson,* for appellees.

OPINION PER CURIAM, July 1, 1968:

Decree affirmed; costs on the estate.

Mr. Chief Justice BELL took no part in the consideration or decision of this case.